**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.N. LBR 9004-1(b)
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for The Bank of New York Mellon Trust Company,
National Association fka The Bank of New York Trust Company,
N.A. as successor to JPMorgan Chase Bank, as Trustee for
Residential Asset Mortgage Products, INC., Residential Asset-
Backed Pass-Through Certificates, Series 2002-RS7

Case No: 17-26292 ABA

Chapter: 13

Judge: Andrew B. Altenburg

In Re:
Abdul H. Shaheed
&
Hasna K. Shaheed

Debtor

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, INC., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-RS7.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

55 Vance Avenue  Sicklerville, NJ 08081

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐  All documents and pleadings of any nature.
Date:08/24/2017

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*