# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 17-26292-ABA |
| ABDUL H SHAHEED § | |
| HASNA K SHAHEED § | |
| DEBTORS § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association, not in its individual capacity, but solely as trustee of the NRZ Pass-Through Trust IX** | **The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2002-RS7  c/o Specialized Loan Servicing LLC** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129**

Court Claim # (if known): 1-1
Amount of Claim: $270,985.85
Date Claim Filed: 09/07/2017

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx2639**

Phone: (800) 315-4757
Last Four Digits of Acct.#: 2639

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing LLC
PO Box 636007
Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx2639**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty                                   Date:        01/08/2018
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

4127-N-3311

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 300<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor<br><br>In Re:<br><br>Abdul H Shaheed and<br>Hasna K Shaheed<br><br>Debtors. | Case No : 17-26292-ABA<br><br>Chapter: 13<br><br>Adv. No.:_____<br><br>Hearing Date: _____ at _____<br><br>Judge: Andrew B. Altenburg, Jr. |

## CERTIFICATION OF SERVICE

1. I, <u>John J. Rafferty</u> :

   ☒ represent the <u>Creditor</u> in this matter.

   ☐ am the secretary/paralegal for _____ who represents the

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>01/08/2018</u> , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

<u>01/08/2018</u>                                              <u>/s/ John J. Rafferty</u>
Date                                                                     Signature

4127-N-3311

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J. LBR 5005-1<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Abdul H Shaheed<br>Hasna K Shaheed<br>55 Vance Avenue<br>Sicklerville, NJ 08081-5501 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J. LBR 5005-1<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Ned Mazer<br>Law Office Of Ned Mazer<br>31 Station Ave<br>Somerdale, NJ 08083-1329 | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J. LBR 5005-1<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

4127-N-3311