Printed on: 01/12/2018  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2017 to 12/31/2017  
**Case Number: 17-26292 (ABA)**

Abdul H. Shaheed and Hasna K. Shaheed  
55 Vance Avenue  
Sicklerville, NJ  08081

Monthly Payment: $821.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 09/06/2017 | $315.00 | 09/06/2017 | $500.00 | 10/11/2017 | $500.00 | 10/11/2017 | $315.00 |
| 11/14/2017 | $500.00 | 11/14/2017 | $321.00 | 12/11/2017 | $500.00 | 12/11/2017 | $321.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ABDUL H. SHAHEED | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | NED M. MAZER, ESQUIRE | 13 | $2,700.00 | $2,700.00 | $0.00 | $2,259.82 |
| 1 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | NEW CENTURY FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | NUVELL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $478.58 | $0.00 | $478.58 | $0.00 |
| 7 | SPECIALIZED LOAN SERVICING, LLC | 24 | $38,552.33 | $289.81 | $38,262.52 | $0.00 |
| 8 | STATE OF NEW JERSEY | 28 | $6,519.91 | $0.00 | $6,519.91 | $0.00 |
| 9 | THE BANK OF NEW YORK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | UNION COUNTY EMPLOYEES FEDERAL CREDIT UNION | 33 | $914.60 | $0.00 | $914.60 | $0.00 |
| 12 | VERIZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO BANK, N.A. | 24 | $2,551.93 | $19.18 | $2,532.75 | $0.00 |
| 14 | HASNA K. SHAHEED | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | NED MAZER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | VERIZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | WELLS FARGO BANK, N.A. | 33 | $2,356.83 | $0.00 | $2,356.83 | $0.00 |
| 19 | LVNV FUNDING, LLC | 33 | $2,423.90 | $0.00 | $2,423.90 | $0.00 |
| 20 | LVNV FUNDING, LLC | 24 | $1,035.76 | $7.79 | $1,027.97 | $0.00 |
| 21 | LVNV FUNDING, LLC | 33 | $858.79 | $0.00 | $858.79 | $0.00 |
| 22 | STATE OF NEW JERSEY | 33 | $20,844.74 | $0.00 | $20,844.74 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 09/01/2017 | 1.00 | $0.00 |
| 10/01/2017 | Paid to Date | $1,630.00 |
| 11/01/2017 | 58.00 | $821.00 |
| 09/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,272.00 |
| Total paid to creditors this period: | $2,259.82 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $821.00 |
| Attorney: | NED M. MAZER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**