Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                   Case No.:  17−26292−ABA
                                   Chapter:  13
                                   Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Abdul H Shaheed                                  Hasna K Shaheed
   55 Vance Avenue                                  55 Vance Avenue
   Sicklerville, NJ 08081                             Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−3003                                            xxx−xx−1404

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on December 5, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 5, 2018
JAN: bc

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Abdul H Shaheed
Hasna K Shaheed
    Debtors

Case No. 17-26292-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Dec 06, 2018
                       Form ID: 148    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.

```
db/jdb         +Abdul H Shaheed,    Hasna K Shaheed,    55 Vance Avenue,    Sicklerville, NJ 08081-5501
cr             +Union County Employees FCU,    McKenna, DuPont, Higgins & Stone,    229 Broad St.,    PO Box 610,
                Red Bank, NJ 07701-0610
516996975      +Capital One,    Attn: Goldman & Warshaw,    PO Box 106,    Pine Brook, NJ 07058-0106
516996977      +New Century Financial,    Attn: Pressler & Pressler,    7 Entin Road,
                Parsippany, NJ 07054-5020
517239708     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517266998      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
517266999      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516996980      +Specialized Loan Servicing/SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516996981      +State of New Jersey,    Dept of Treasury,    PO Box 002,    Trenton, NJ 08625-0002
516996982      +The Bank of New York,    Attn: Buckley Madole, PC,    99 Wood Avenue South, Ste 803,
                Iselin, NJ 08830-2713
517056611      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517407629       U.S. Bank National Association,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                Greenville, SC 29603-0826
517407630      +U.S. Bank National Association,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                Greenville, SC 29603-0826,    U.S. Bank National Association,
                Shellpoint Mortgage Servicing 29603-0826
516996983      +Union County Emp F C U,    2 Broad St,    Elizabeth, NJ 07201-2202
517072617      +Union County Federal Credit Union,    McKENNA, DuPONT, HIGGINS & STONE,    PO Box 610,
                229 Broad Street,    Red Bank, NJ 07701-2009
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2018 00:36:54     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2018 00:36:52     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516996978       EDI: GMACFS.COM Dec 07 2018 04:48:00     Nuvell,    5700 Crooks Rd Ste 301,    Troy, MI 48098
516996974       EDI: CAPITALONE.COM Dec 07 2018 04:49:00     Capital One,    15000 Capital One Dr,
                Richmond, VA 23238
516996976       EDI: JEFFERSONCAP.COM Dec 07 2018 04:48:00     Jefferson Capital Systems, LLC,    16 Mcleland Rd,
                Saint Cloud, MN 56303
517207802       EDI: RESURGENT.COM Dec 07 2018 04:49:00     LVNV Funding LLC, C/O Resurgent Capital Services,
                P.O. Box 10675,    Greenville, SC 29603-0675
516996979       EDI: PRA.COM Dec 07 2018 04:48:00     Portfolio Recovery,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502
517090371       EDI: PRA.COM Dec 07 2018 04:48:00     Portfolio Recovery Associates, LLC,
                C/Ocapital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
516996984      +EDI: VERIZONCOMB.COM Dec 07 2018 04:48:00     Verizon,    Po Box 650584,    Dallas, TX 75265-0584
517163560       EDI: WFFC.COM Dec 07 2018 04:49:00     Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                PO Box 19657,    Irvine, CA 92623-9657
516996985      +EDI: WFFC.COM Dec 07 2018 04:49:00     Wells Fargo Dealer Services,    Attn: Bankruptcy,
                PO Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTAL: 11
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Dec 06, 2018
                              Form ID: 148             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon Trust Company et al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Michael R. DuPont    on behalf of Creditor    Union County Employees FCU dupont@redbanklaw.com,
               dana@redbanklaw.com
              Ned Mazer    on behalf of Debtor Abdul H Shaheed nmazer9393@comcast.net
              Ned Mazer    on behalf of Joint Debtor Hasna K Shaheed nmazer9393@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```